

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00325-CR

**RICHARD WORLEY, JR.,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2011-172-C1

## MEMORANDUM OPINION

Richard Worley, Jr. was found guilty of the felony offense of aggravated robbery with a deadly weapon and was sentenced to sixty years in prison after Worley pleaded true to an enhancement paragraph. Worley appealed.

Worley's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although informed of his right to do so, Worley did not file a *pro*

*se* response to the *Anders* brief.[1]

In an *Anders* case, we must, "after a full examination of all the proceedings, … decide whether the case is wholly frivolous." *Id.* at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988). We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment.

We grant appointed counsel's motion to withdraw from representation of Worley. Notwithstanding this grant, appointed counsel **must** send Worley a copy of our decision, notify him of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP. P. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed April 25, 2012
Do not publish
[CRPM]

---

[1] An apparent relative of Worley's has filed an opposition to appointed counsel's motion to withdraw and a response to the *Anders* brief. This person is not a licensed Texas attorney, nor does the response comply with Rule 11's requirements for an amicus curiae brief. *See* TEX. R. APP. P. 11. Accordingly, these documents will not be considered by the Court.